JS-6

1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10              WESTERN DIVISION

11  ROBERT KAMAL LUFTI,                 )  Case No. 2:18-cv-07905-JDE
                                        )
12                                      )  JUDGMENT
                                        )
13              Plaintiff,              )
                                        )
14          v.                          )
                                        )
15  ANDREW M. SAUL,                     )
    Commissioner of Social Security,    )
16                                      )
                                        )
17          Defendant.                  )

18

19

20      In accordance with the Memorandum Opinion and Order filed herewith,

21      IT IS HEREBY ADJUDGED that the decision of the Commissioner of

22  Social Security is reversed and this matter is remanded for further

23  administrative proceedings consistent with the Court's Order.

24

25  Dated: July 03, 2019        _____

26                              JOHN D. EARLY
                                United States Magistrate Judge
27

28